**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Maurice A Putman,**<br>     Debtor .<br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,**<br>     Movant.<br>          v.<br>**Maurice A Putman,**<br>     Debtor/Respondent.<br>**KENNETH E. WEST,**<br>     Trustee/Additional Respondent. | **Bankruptcy No. 24-13679-pmm**<br><br>**Chapter 13**<br><br>Hearing Date: AUGUST 27, 2025<br>Hearing Time: 1:00PM<br>Location: 900 Market Street, Suite 204<br>Philadelphia, PA 19107, Courtroom 3 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, RESPONSE DEADLINE AND HEARING DATE

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Movant") has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1), including costs and disbursements of this action, and for such other and further relief as the Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **August 8, 2025**, **you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

    (a) File an answer explaining your position at: United States Bankruptcy Court, Office of the Court Clerk, 900 Market Street, Suite 400, Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

    (b) Mail a copy to the Movant's attorney:

       Michelle L. McGowan, Esquire
       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
       13010 Morris Road, Suite 450
       Alpharetta, GA 30004
       Telephone: 470-321-7112
       Email: mimcgowan@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before **Judge Patricia M. Mayer on August 27, 2025 at 1:00PM in Courtroom 3, United States Bankruptcy Court,** 900 Market Street, Suite 400, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: July 24, 2025

       **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
       Attorneys for Movant
       13010 Morris Rd., Suite 450
       Alpharetta, GA 30004
       Telephone: 470-321-7112
       By: /s/ Michelle L. McGowan
       Michelle L. McGowan
       Email: mimcgowan@raslg.com